# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 23, 2022

## NO. 03-21-00241-CR

**Christopher Alexander Garza, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 27TH DISTRICT COURT OF LAMPASAS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.